IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DATATERN, INC., | § | |
|     Plaintiff, | § | |
| v. | § | |
| | § | |
| 1. ELI LILLY COMPANY, | § | |
| 2. AFLAC, INC., | § | |
| 3. ALLSCRIPTS HEALTHCARE | § | Civil Action No. 2:10-CV-00413 |
|    SOLUTIONS, INC., | § | |
| 4. VOLKSWAGEN GROUP OF | § | |
|    AMERICA, INC., | § | **JURY TRIAL DEMANDED** |
| 5. IRON MOUNTAIN, INC., | § | |
| 6. WALGREEN COMPANY, | § | |
| 7. AT&T, INC., | § | |
| 8. VERIZON COMMUNICATIONS, | § | |
|    INC., and | § | |
| 9. THOMSON REUTERS | § | |
|    CORPORATION, | § | |
|     Defendants. | § | |

## NOTICE OF APPEARANCE OF
## CHRISTOPHER V. RYAN

    Defendant Thomson Reuters Corporation files this Notice of Appearance, and hereby notifies the Court that Christopher V. Ryan, of the law firm Vinson & Elkins LLP, 2801 Via Fortuna, Suite 100, Austin, Texas 78746, cryan@velaw.com, is appearing as counsel for Defendant in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

February 21, 2011                                   Respectfully submitted,


                                                    By: /s/ *Christopher V. Ryan*  
                                                        Christopher V. Ryan (State Bar 24037412)  
                                                        VINSON & ELKINS LLP  
                                                        2801 Via Fortuna, Suite 100  
                                                        Austin, TX 78746-7568  
                                                        Tel: (512) 542-8400  
                                                        Fax: (512) 236-3291  
                                                        cryan@velaw.com  

                                                    **ATTORNEY FOR DEFENDANT**  
                                                    **THOMSON REUTERS CORPORATION**


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 21st day of February 2011.


                                                    /s/ *Christopher V. Ryan*  
                                                    Christopher V. Ryan